1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    D'ARSEY LAWRENCE BOLTON,              No.  2:13-cv-1838 DAD P

12                Petitioner,

13        v.                                ORDER

14    SCOTT McEWEN,

15                Respondent.

16

17            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.  In his

19    application, petitioner challenges a judgment of conviction entered in the Lassen County Superior

20    Court.  Lassen County is part of the Fresno Division of the United States District Court for the

21    Eastern District of California.  See Local Rule 120(d).

22            Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

23    division of a court may, on the court's own motion, be transferred to the proper division of the

24    court.  Therefore, this action will be transferred to the Fresno Division of the court.  This court

25    will not rule on petitioner's request to proceed in forma pauperis.

26    /////

27    /////

28    /////

                                              1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2        1.  This court has not ruled on petitioner's request to proceed in forma pauperis;

3        2.  This action is transferred to the United States District Court for the Eastern District of

4    California sitting in Fresno; and

5        3.  All future filings shall reference the new Fresno case number assigned and shall be

6    filed at:

7                     United States District Court
                     Eastern District of California
8                     2500 Tulare Street
                     Fresno, CA 93721

9    Dated:  September 16, 2013

10

11                                              _____
     DAD:9                                      DALE A. DROZD
12   bolt1838.109                               UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28